00-06060

AO 451 (Rev. 12/93) Certification of Judgment

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MISSISSIPPI

CIV-SEITZ

MAGISTRATE JUDGE

IN RE: MORRIS & ASSOCIATES I.P.E.C., INC.,
A MISSISSIPPI CORPORATION
BANKRUPTCY CASE NO. 9802243

HELLER FINANCIAL, INC.
V.
AMERICAN FOODS INTERNATIONAL, INC.,
COAST EXPORTS, GREAT AMERICAN TRUCKING,
INC., d/b/a SELECT FOODS and
SEASIDE FOODS, INC.

CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT

Case Number: ADVERSARY PROCEEDING NO. 9800161-JEE

I, CHARLENE J. PENNINGTON, Clerk of the United States BANKRUPTCY court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on March 8, 1999, as it appears in the records of this court, and that

• no notice of appeal from this judgment has been filed, and no motions of any kind listed in Fed R Bankr P 8002 have been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

July 22, 1999                CHARLENE J. PENNINGTON
Date                         Clerk

                             Carolyn Spears
                             (By) Deputy Clerk

*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . . "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . . "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

**00-06060**

**CIV-SEITZ**

**MAGISTRATE JUDGE GARBER**

AFFIDAVIT OF JUDGMENT CREDITOR PURSUANT TO CHAPTER 55 OF THE FLORIDA STATUTES AS TO JUDGMENT ENTERED IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI ON MARCH 8, 1999 AGAINST AMERICAN FOODS INTERNATIONAL, INC.

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

STATE OF MISSISSIPPI )
                     )
COUNTY OF _____ )

BEFORE ME, the undersigned authority, personally appeared Steven A. Narsutis, as Senior Vice President of Heller Financial, Inc. who was sworn, and says:

1. With respect to the Order of Default Judgment dated March 8, 1999 and originally entered in United States Bankruptcy Court for the Southern District of Mississippi, Chapter 11 Case No. 98-00161-JEE against American Foods International, Inc. in the amount of $139,700.00, the Plaintiff, Heller Financial, Inc. is located at 500 West Monroe, 15th Floor, Chicago, Illinois 60661. The last known address for Defendant, American Foods International, Inc. is 417 East Sheridan Street, Suite 177, Dania, Florida 33004. The last known address for the Registered Agent, John Coniglio, is 5840 Park Road, Fort Lauderdale, Florida 33312.

2. This Affidavit is being recorded simultaneously with an exemplified and certified copy of the Order of Default Judgment dated March 8, 1999 and an original Certification of Judgment for Registration in Another District as issued by the United States Bankruptcy Court for the Southern District of Mississippi on July 22, 1999.

FURTHER AFFIANT SAYETH NAUGHT

HELLER FINANCIAL, INC.

By: _____

Print Name: STEVEN A. NARSUTIS

Print Title: SENIOR VICE PRESIDENT

STATE OF MISSISSIPPI )
                     )
COUNTY OF Cook       )

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State and County aforesaid to take acknowledgments, personally appeared Steven A. Narsutis. He/She is personally known to me or has produced _____ as identification.

WITNESS my hand and official seal in the County and State last aforesaid this 3rd day of January, 1999. 2000

Rhonda M. Scheidt

My Commission Expires: NOTARY PUBLIC

OFFICIAL SEAL
RHONDA M SCHEIDT
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES

C:\WPDOC\2508.9\AFFJDGCR.M01

00-06060

CIV-SEITZ

00 JAN 12 PM 3:56

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED

MAR 0 8 1999

CHARLENE J. PENNINGTON, CLERK
BY_____ DEPUTY

MAGISTRATE JUDGE
GARBER

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 11 |
| MORRIS & ASSOCIATES | ) | |
| I.P.E.C., INC., a Mississippi | ) | CASE NO: 9802243 |
| corporation, | ) | |
| | ) | JUDGE ELLINGTON |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| HELLER FINANCIAL, INC., | ) | ADVERSARY PROCEEDING |
| | ) | |
| Plaintiff, | ) | NO.: 9800161-JEE |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN FOODS | ) | |
| INTERNATIONAL, INC., COAST | ) | |
| EXPORTS, GREAT AMERICAN | ) | |
| TRUCKING INC. d/b/a SELECT | ) | |
| FOODS and SEASIDE FOODS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER OF DEFAULT JUDGMENT

IT APPEARING to the Court that Heller Financial, Inc. properly filed its Complaint on Commercial Account in the above-styled adversary proceeding on July 2, 1998; and

IT FURTHER APPEARING that Defendants American Foods International, Inc. and Seaside Foods, Inc. were duly served with a Summons and a copy of the Complaint; and

38.

IT FURTHER APPEARING that Defendants American Foods International, Inc. and Seaside Foods, Inc. failed to file an Answer or other appropriate pleading within thirty (30) days from the date of issuance of the Summons; and

IT FURTHER APPEARING that the Clerk of this Court entered defaults against Defendants American Foods International, Inc. and Seaside Foods, Inc. on the 19th day of November, 1998;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1. Plaintiff's Application for Entry of Default Judgment is GRANTED;

2. Judgment by default is hereby entered against Defendant AMERICAN FOODS INTERNATIONAL, INC. in the amount of $139,700.00. This judgment shall accrue interest at the post-judgment rate of 15% per annum.

3. Judgment by default is hereby entered against Defendant SEASIDE FOODS, INC. in the amount of $24,158.61. This judgment shall accrue interest at the post-judgment rate of 15% per annum.

SO ORDERED, ADJUDGED AND DECREED, this the 8th day of March, 1999.

JERRY A. BROWN
UNITED STATES BANKRUPTCY JUDGE

A TRUE COPY I HEREBY CERTIFY, THIS
THE 22nd DAY OF July, 19 99.
CHARLENE J PENNINGTON, CLERK
US BANKRUPTCY COURT, SDMS
BY: _____ D.C.

O.R. 1829, VOL. 2 PG. 41

Order Prepared and Presented By:

William Hollis Leech, Sr.
Mississippi Bar No. 1175
OTT & PURDY, P.A.
P.O. Drawer 1079
Jackson, Mississippi 39215-1079
(601) 960-4205

Jesse H. Austin, III
Georgia Bar No. 028813
PAUL, HASTINGS, JANOFSKY
& WALKER LLP
600 Peachtree Street, NE
Suite 2400
Atlanta, Georgia 30324
(404) 815-2400

*Attorneys for Heller Financial, Inc.*

-3-

O.B. 1999, VOL. 2 PG. 42

BK 108
(4/83)

**00-06060**

# United States Bankruptcy Court

**CIV-SEITZ**

For the __Southern__ District of __Mississippi__

**MAGISTRATE JUDGE GARBER**

## EXEMPLIFICATION CERTIFICATE

I, __Charlene J Pennington__, Clerk of the Bankruptcy Court for the __Southern__ District of __Mississippi__, and keeper of the records and seal thereof, hereby certify that the documents attached hereto are true copies of the ORDER OF DEFAULT JUDGMENT entered March 8, 1999 IN RE: MORRIS & ASSOCIATES I.P.E.C. INC., a Mississippi corporation, CASE NO.: 9802243; ADVERSARY PROCEEDING NO.: 9800161-JEE

now remaining among the records of the court.
In testimony whereof I hereunto sign my name, and affix the seal of the court at
in the State of __Mississippi__, this __22nd__ day of __July__, __1999__

[Seal of the U.S. Bankruptcy Court]

_____
Clerk of Bankruptcy Court

---

I, __Edward Ellington__, Bankruptcy Judge for the __Southern__ District of __Mississippi__, do hereby certify that __Charlene J Pennington__, whose name is above written and subscribed, is and was at the date thereof, Clerk of this court, duly appointed and sworn, and keeper of the records and seal thereof, and that the above certificate by him made, and his attestation or record thereof, is in due form of law.

Dated: __07-22-99__

_____
Bankruptcy Judge

---

I, __Charlene J Pennington__, Clerk of the Bankruptcy Court for the __Southern__ District of __Mississippi__, and keeper of the seal thereof, hereby certify that the Honorable __Edward Ellington__, whose name is above written and subscribed, was on the __22nd__ day of __July__, __1999__, and is now Judge of this court, duly appointed, confirmed, sworn and qualified; and that I am well acquainted with his handwriting and official signature and know and hereby certify the same above written to be his.
In testimony whereof I hereunto sign my name, and affix the seal of the court at
in the State of __MS__ on this __22nd__ day of __July__, __1999__.

_____
Clerk of Bankruptcy Court

[Seal of the U.S. Bankruptcy Court]

**JS 44**
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

00-6060

CIV-SEITZ
MAGISTRATE JUDGE
GARBER

**(a) PLAINTIFFS**

Heller Financial, Inc.

**DEFENDANTS**

American Foods International, Inc. and Seaside Foods, Inc.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Outside of Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Broward
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Dora F. Kaufman, Esq., Haley, Sinagra & Perez, P.A.
200 S.E. 3rd Ave., Suite 1900, Ft. Lauderdale, FL 33394 (954) 467-1300

ATTORNEYS (IF KNOWN)

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD,) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Registration of foreign Bankruptcy Court Judgment

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – Med. Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury – Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | **A PROPERTY RIGHTS** | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS – Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions A or B Registration of foreign judgment |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Registration of foreign Bankruptcy Court Judgment.

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____ DOCKET NUMBER _____

DATE 1-11-00

SIGNATURE OF ATTORNEY OF RECORD
HALEY, SINAGRA & PEREZ, P.A.
By: _____
Dora F. Kaufman, Esq.

**FOR OFFICE USE ONLY**

RECEIPT # 518287 AMOUNT $20.00 APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1/12/00