UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6060-CIV-SEITZ

HELLER FINANCIAL, INC.,

    Plaintiffs,

v.

AMERICAN FOODS INTERNATIONAL, INC.,
and SEASIDE FOODS, INC.,

    Defendants.
_____/



FILED by ___ D.C.
INTAKE
JAN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF RECUSAL

The undersigned Judge to whom the above-styled cause was assigned, hereby recuses herself and refers this cause to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455 and Local Rule 3.6. The undersigned's husband is a partner in the law firm of Richman, Greer, Weil, Brumbaugh, Mirabito & Christensen, which represents Heller Financial, Inc. in other matters.

ORDERED in Chambers at Miami, Florida this 25th day of January, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Pursuant to the above Order of Recusal entered by Patricia A. Seitz, United States District Judge, and after a blind random drawing by the Clerk of this Court, all parties to this action are noticed as follows:

Rec'd in MIA Dkt 2-/-2000

1. That the above-styled cause be and the same is hereby reassigned to the calendar of _____ **WILLIAM J. ZLOCH** _____, United States District Judge, for all further proceedings, and

2. That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows: 00-6060-CIV-Zloch_____, thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D. Fla. L.R. 5.1.A.2.

DONE at the Federal Courthouse Square, Miami, Florida, this 28th day of January, 2000.

**CLARENCE MADDOX**

CLERK/COURT ADMINISTRATOR

By:_____
Deputy Clerk

cc: Judge Patricia A. Seitz
    Dora F. Kaufman, Esquire